# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144038

CAPITAL ONE BANK,
   Plaintiff-Appellee,

v

              SC: 144038
              COA: 301968
              Genesee CC: 10-093760-AV

JAMES NORBERT GREEN,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 30, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

s0122

Clerk